This document contains some
pages that are of poor quality
at the time of imaging.

TO ALL JUDGE'S,
75,783-04

Dear Court of Criminal Appeals,

I am Oliver Runneis, I've Filed
numerous writs and motions in your courts.
I'm writting on behalf of a writ of habeas
corpus that I have just filed in the 241st
Judicial District Court. I filed on grounds
my indictment is defective. I was indicted
under the wrong statute, if any.

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 23 2015

I'm charge with aggravated robbery. But the
the victim said he was never in fear of his
life or imminent bodily injury or death. The
victim knew it was a "toy-gun"/"broken bb-gun"
with know ammo. I was'nt even the one that
committed the theft. It was a co-defendant
that admitted to it. Again the victim Frederick
Smith stated "his life was never in fear or
danger."

I'm also fileing on newly discovered
evidence. The head district attorney on my
case was "fired" because of all his wrong
doing. I filed this ground on my first
writ of habeas corpus, before he was fired.
His name is "Joe Murphy" attorney for
state. I also filed a numerous amount of

AFFIDAVITS FROM MY TRIAL ATTORNEY RONNIE VAN BAUGH STATING THE BEHAVIOR OF THE DISTRICT ATTORNEY. PLEASE, PLEASE, PLEASE, PRETTY PLEASE SEE THE AFFIDAVITS THAT I'VE FILED IN YOUR COURTS STATING THIS FACT. MY TRIAL ATTORNEY TRIED TO GET MY CHARGE DROPPED TO A LESSER INCLUDED OFFENCE, AND THE DISTRICT ATTORNEY SAID HE AINT BEING CHARGE WITH A LESSER INCLUDED OFFENCE AND HE WONT BE. SEE TRANSCRIPTS.

SO ITS NOT THAT I WAS FOUND GUILTY OF AGGRAVATED ROBBERY I WAS FORCED GUILTY SEE TRIAL ATTORNEY AFFIDAVIT THATS PRESENT IN YOUR COURTS. PLEASE, PLEASE, PLEASE.

I'M FIGHTING TO BE WITH MY FAMILY, WE NEVER KNOW HOW SHORT LIFE IS ~~UNTIL~~ UNTIL TOMORROW COME, THEN WE REALIZE HOW MUCH A SIMPLE HUGG IS.

I PRAY THIS LETTER FINDS THE COURTS IN GOOD SPIRITS.

THANKS
Oliver Qunnels

P.S. I'VE ALWAYS BE HONEST ABOUT EVERYTHING I'VE EVER TOLD YOU ALL. I JUST WONT YOU ALL TO SEE THAT INJUSTICE WAS DONE TO ME. EVEN THOUGH THEY KNOW THE LAW DOESNT MEAN THEY HAVE THE SPIRIT TO ABIDE BY THE LAW. I'M JUST BEGGING THE COURTS TO LOOK INTO MY CASE AND SEE THAT MY CHARGE SHOULD'NT BE AGGRAVATED ROBBERY. I'M WRITTING FROM MY HEART REACHING OUT TO SOMEONE PLEASE.

LIKE I SAY I'M BRING NEWLY DISCOVERED EVIDENCE AND PROVEING I WAS INDICTED UNDER THE WRONG STATUTE.

THE DISTRICT ATTORNEY IN MY CASE WAS FIRED FOR WRONG DOING FALSIFYING DOCUMENTS AND WHATEVER EISE YOU ALL CAN THINK OF.

Please LOOK INTO MY CASE.

STATE OF TEXAS
COUNTY OF_____

AFFIDAVIT

FOLLOWING:

MY NAME IS OLIVER DEMARIO RUNNELS

I LIVE AT TYLER, TEXAS 14431 CR1227,

MY SOCIAL SECURITY NUMBER IS 6 4 0 - 2 4 - 4 6 6 6

ON 18 DAY OF JULY, 2015

I SWEAR THAT "FREDERICK SMITH" THE VICTIM SAID, HIS LIFE WAS NOT IN DANGER. HE SAID HE WAS NOT THREATEN, IN FEAR OF IMMINENT BODILY INJURY OR DEATH. HE STATED THIS IN MY TRIAL UNDER OATH. SEE TRANSCRIPTS FREDERICK SMITH TESTIMONY. PLEASE, PLEASE. I'M INDICTED UNDER THE WRONG STATUTE. PLEASE HELP ME. PLEASE

PURSUANT TO TITLE 28 U.S.C.-1746 AND TITLE 6 OF THE TEXAS CIVIL PRACTICES AND REMEDIES CODE, CHAPTER 132, THE BELOW DECLARATION BEING UNSWORN IS CODIFIED UNDER LAW.

I, OLIVER DEMARIO RUNNELS ,BEING PRESENTLY INCARCERATED IN TEXAS DEPARTMENT TDCJ, IN_____ COUNTY, TEXAS, DECLARES UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON THIS THE 18 DAY OF JULY ,200 15

SIGNATURE Oliver Runnels

TDCJ-ID # 1358997